## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMED AHMED TAHER, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 06-1684 (GK) |
| | : | |
| GEORGE W. BUSH, et al., | : | |
| | : | |
| Respondents. | : | |

### ORDER

On September 29, 2006, Petitioner Mohammed Ahmed Taher filed a Petition for Writ of Habeas Corpus by Next Friend Ali Abdulla Ali.  It is hereby

**ORDERED** that Respondents shall show cause **by November 6, 2006** why the Petition should not be granted.

October 16, 2006

/s/ _____
Gladys Kessler
United States District Judge

**Copies to:** Attorneys of record via ECF