IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

―――――――――――――――――――――――― x
                              :
MOHAMMED AHMED TAHER,          :
                              :
            Petitioner,         :
                              :
               v.            :    Civil Action No. 06-CV-1684 (GK)
                              :
GEORGE W. BUSH, *et al.*,          :
                              :
           Respondents.      :
                              :
―――――――――――――――――――――――― x

### FIRST MOTION FOR EXTENSION OF TIME ON CONSENT

Petitioner Mohammed Ahmed Taher ("Petitioner"), by and through his undersigned counsel, and with Respondents' consent, respectfully submits this motion for an extension of time to respond to Respondents' motion to dismiss this case for lack of jurisdiction or, in the alternative, to transfer it to the Court of Appeals (*see* dkt. no. 5).  Petitioner requests an extension of time until December 11, 2006.

In support of this motion, Petitioner submits the following:

1.      Petitioner is currently detained at the U.S. Naval Station at Guantánamo Bay, Cuba.  On September 29, 2006, Petitioner filed a habeas corpus petition challenging the legality of his detention ("Petition").  The Petition was authorized by his father, who acts as his next friend.

2.      On October 16, 2006, the Court ordered Respondents to show cause by November 6, 2006 why the Petition should not be granted.

3.      On November 6, 2006, Respondents filed a response to the order to show cause (*see* dkt. no. 4) and moved to dismiss this case for lack of jurisdiction or, in the alternative, to transfer it to the Court of Appeals (*see* dkt. no. 5).

4.      Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, Petitioner's response to the motion to dismiss is due on November 20, 2006.

5.      Petitioner now seeks an extension of time – until December 11, 2006 – to respond to the motion to dismiss.  Good cause exists for the Court to grant this motion because counsel have recently learned of an issue that may or may not impact our ability to continue to litigate this case on behalf of Petitioner.  Although counsel is working diligently to resolve that issue, additional time is needed to do so fully and, if appropriate, to file a response to the motion to dismiss on Petitioner's behalf.

6.      Pursuant to Local Civil Rule 7(m), counsel have conferred via telephone with Respondents' counsel.  Respondents' counsel have stated that they consent to this motion.

7.      This is Petitioner's first request for an extension of time, and there are no other previously scheduled deadlines that would be impacted by an order granting this motion.

For all of these reasons, Petitioner respectfully requests that the Court extend until December 11, 2006, the time period for him to respond to Respondents' motion to dismiss.

Dated:     New York, New York
           November 17, 2006

                              Respectfully submitted,

                              Counsel for Petitioner:

                              /s/ William Goodman
                              William Goodman (Pursuant to LCvR 83.2(g))
                              CENTER FOR CONSTITUTIONAL RIGHTS
                              666 Broadway, 7th Floor
                              New York, New York 10012
                              Tel:  (212) 614-6464
                              Fax:  (212) 614-6499