IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————— x
                                   :

MOHAMMED AHMED TAHER,      :

                 Petitioner,     :

                      v.         :    No. 06-CV-1684 (GK)

                         :

GEORGE W. BUSH, *et al.*,     :

            Respondents.   :

———————————————————— x

## NOTICE OF APPEARANCE AND CERTIFICATION
## OF REPRESENTATION WITHOUT COMPENSATION

        Please enter my appearance on behalf of petitioners in the above-captioned case.

I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing these

petitioners without compensation.

Dated:    New York, New York
          December 11, 2006

                    Respectfully submitted,

                    Counsel for Petitioners:

                    /s/ J. Wells Dixon
                    J. Wells Dixon (Pursuant to LCvR 83.2(g))
                    CENTER FOR CONSTITUTIONAL RIGHTS
                    666 Broadway, 7th Floor
                    New York, New York 10012
                    Tel:  (212) 614-6423
                    Fax:  (212) 614-6499