IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
—————————————————————— x
                       :
MOHAMMED AHMED TAHER,  :
                       :
            Petitioner,:
                       :
       v.              :   Civil Action No. 06-CV-1684 (GK)
                       :
GEORGE W. BUSH, et al.,:
                       :
            Respondents.:
                       :
—————————————————————— x
```

**NOTICE OF SUPPLEMENTAL AUTHORITY
IN FURTHER SUPPORT OF PETITIONER'S CROSS-
MOTION FOR HABEAS HEARING AND RELATED RELIEF**

On December 11, 2006, petitioner Mohammed Ahmed Taher ("Petitioner"), by and through his undersigned counsel, filed an opposition to Respondents' motion to dismiss or transfer this case for lack of jurisdiction, and a cross-motion for a habeas hearing and additional related relief (*see* dkt. no. 9). In particular, the additional relief sought by Petitioner included expedited entry of the protective order and production of a factual return. Petitioner now respectfully places before the Court a recent ruling by Judge Sullivan in *Razakah v. Bush*, No. 05-2370 (*see* dkt. no. 52) (attached as an exhibit hereto), which orders Respondents to provide counsel and the Court with factual returns by March 30, 2007. Judge Sullivan ruled that current consideration by the Court of Appeals of Respondents' jurisdictional challenges under the Detainee Treatment Act of 2005 and the Military Commissions Act of 2006 "is not an adequate reason to deny petitioners' motion because a factual return will obviously be needed regardless

of the resolution of the jurisdictional question." *Id.* at 2 (internal quotation marks omitted).[1] For this reason and the reasons set forth more fully in his cross-motion, Petitioner respectfully requests that the Court enter the protective order and order Respondents to provide counsel and the Court with a factual return within ten days.[2]

Dated:   New York, New York
         January 25, 2007

>                             Respectfully submitted,
>
>                             Counsel for Petitioner:
>
>                             /s/ J. Wells Dixon
>                             J. Wells Dixon (Pursuant to LCvR 83.2(g))
>                             CENTER FOR CONSTITUTIONAL RIGHTS
>                             666 Broadway, 7th Floor
>                             New York, New York 10012
>                             Tel: (212) 614-6464
>                             Fax: (212) 614-6499

---

[1] Like Petitioner's cross-motion, the *Razakah* petitioners' motion for production of factual returns was filed after enactment of the Military Commissions Act of 2006. *See id.* at 1.

[2] Petitioner requests expedited relief so that counsel may prepare a meaningful submission to the Administrative Review Boards on his behalf by the deadline of February 23, 2007.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
ABDUR RAZAKAH, *et al.*,            )
                                   )
       Petitioners,                )
                                   )
  v.                               )   Civil Action No. 05-2370 (EGS)
                                   )
GEORGE W. BUSH, *et al.*            )
                                   )
       Respondents.                )
_____)

## MEMORANDUM OPINION AND ORDER

On December 19, 2006, Petitioners Abdur Razakah and Ahmad Doe [Tourson] -- citizens of the Xinjiang Autonomous Region of China -- requested that the Court issue an order requiring respondents to provide a factual return setting forth the basis for their detention. Petitioners have been detained at the United States Naval Station in Guantanamo Bay ("Guantanamo") since 2002. In December 2005, petitioners filed a petition for habeas corpus challenging the legality of their confinement. Petitioners claim that respondents have refused to produce a factual return or any other information justifying their detention since petitioners filed their habeas petition. For the reasons stated by the Court in *Al-Ghizzawi v. Bush*, Civil No. 05-2378 (D.D.C. Aug. 9, 2006) (Mem. Op. and Order) and *Kahn v. Bush*, Civil No. 05-1001 (D.D.C. Aug. 10, 2006) (Mem. Op. and Order), the Court grants the Motion for Production of Factual Return.

Respondents do not dispute petitioners' right to notice of the factual basis for their detention or to be represented by

counsel to challenge the legality of their detention.  Rather, respondents argue that this Court should deny the request for an order requiring a factual return because the Court lacks jurisdiction over the habeas petition under the Military Commissions Act of 2006 ("MCA"), Pub. L. No. 109-366, 120 Stat. 2600, and the Detainee Treatment Act of 2005 ("DTA"), Pub. L. No. 109-148, 119 Stat. 2680.  The D.C. Circuit is currently considering challenges to the MCA and DTA and has not yet determined whether this Court has in fact been stripped of jurisdiction over the habeas claims of Guantanamo detainees.  This is not an adequate reason to deny petitioners' motion because a factual return "will obviously be needed regardless of the resolution of the jurisdictional question." *Kahn*, Civil No. 05-1001 (D.D.C. Aug. 10, 2006) (Mem. Op. and Order) ("Without access to the information contained within a factual return, petitioner's counsel cannot offer anything approaching effective representation in these proceedings."); *see also Feghoul v. Bush*, Civil No. 06-618 (D.D.C. Oct. 31, 2006) (Mem. Order) ("Despite the lack of finality regarding the issues on appeal, . . . it is hardly sensible to withhold or frustrate something that no one doubts is petitioner's right -- a meaningful communication with counsel regarding the factual basis of petitioner's detention.").

Accordingly, it is hereby **ORDERED** that petitioners' Motion for Production of Factual Return is **GRANTED**; and it is

**FURTHER ORDERED** that respondents shall provide factual returns to the Court and petitioners' counsel by **March 30, 2007.** The factual returns shall provide all information necessary for a determination of whether Abdur Razakah and Ahmad Doe [Tourson] are properly subject to detention by the United States.

**IT IS SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**January 23, 2007**