IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

————————————————————— x
:
MOHAMMED AHMED TAHER, :
:
               Petitioner, :
:
               v. :  Civil Action No. 06-CV-1684 (GK)
:
GEORGE W. BUSH, *et al.*, :
:
             Respondents. :
:
————————————————————— x

**SECOND NOTICE OF SUPPLEMENTAL AUTHORITY
IN FURTHER SUPPORT OF PETITIONER'S CROSS-
MOTION FOR HABEAS HEARING AND RELATED RELIEF**

On December 11, 2006, petitioner Mohammed Ahmed Taher ("Petitioner"), by and through his undersigned counsel, filed an opposition to Respondents' motion to dismiss or transfer this case for lack of jurisdiction, and a cross-motion for a habeas hearing and additional related relief (*see* dkt. no. 9). In particular, the additional relief sought by Petitioner included expedited entry of the protective order and production of a factual return. Petitioner now respectfully places before the Court two recent rulings by Judge Urbina in *Matin v. Bush*, No. 06-1679 (*see* dkt. no. 12), and *Naseer v. Bush*, No. 06-1689 (*see* dkt. no. 8) (attached as exhibits hereto), which enter the protective order in each case and order Respondents to file factual returns within thirty days.[1] For this reason and the reasons set forth more fully in his cross-

---

[1] As in this case, the habeas petitions in *Matin* and *Naseer* were filed after enactment of the Detainee Treatment Act of 2005.

- 2 -

motion, Petitioner respectfully requests that the Court enter the protective order and order Respondents to provide counsel and the Court with a factual return by February 21, 2007.[2]

Dated:  New York, New York
        February 14, 2007

>  Respectfully submitted,
>
>  Counsel for Petitioner:
>
>  /s/ J. Wells Dixon
>  J. Wells Dixon (Pursuant to LCvR 83.2(g))
>  CENTER FOR CONSTITUTIONAL RIGHTS
>  666 Broadway, 7th Floor
>  New York, New York 10012
>  Tel:  (212) 614-6464
>  Fax:  (212) 614-6499

---

[2] Petitioner requests expedited relief so that counsel may prepare a meaningful submission to the Administrative Review Boards on his behalf by the deadline of February 23, 2007.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| ABDUL MATIN, | : | | |
| | : | | |
| Petitioner, | : | Civil Action No.: | 06-1679 (RMU) |
| | : | | |
| v. | : | Document No.: | 10 |
| | : | | |
| GEORGE W. BUSH, | : | | |
| President of the United States *et al.*, | : | | |
| | : | | |
| Respondents. | : | | |

# ORDER

### GRANTING THE PETITIONER'S MOTION FOR A PROTECTIVE ORDER

Upon consideration of the petitioner's motion for entry of a protective order, it is this 14th day of February 2007, hereby

**ORDERED** that the petitioner's motion for a protective order is **GRANTED**; and it is

**FURTHER ORDERED** that the Court ENTERS by way of reference the protective orders previously entered in the other Guantanamo detainee habeas cases, i.e., (1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)); (2) the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; (3) the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, all in In re Guantánamo Bay Detainee Cases by then-Coordinating Judge Joyce Hens Green attached, and it is

**ORDERED** that Respondents shall file a factual return regarding the petitioner within thirty days of this order.

**SO ORDERED**.

RICARDO M. URBINA<br>United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| NASEER, | : | | |
| | : | | |
| Petitioner, | : | Civil Action No.: | 06-1689 (RMU) |
| | : | | |
| v. | : | Document No.: | 6 |
| | : | | |
| GEORGE W. BUSH, | : | | |
| President of the United States *et al.*, | : | | |
| | : | | |
| Respondents. | : | | |

## ORDER

### GRANTING THE PETITIONER'S MOTION FOR A PROTECTIVE ORDER

Upon consideration of the petitioner's motion for entry of a protective order, it is this 14th day of February 2007, hereby

**ORDERED** that the petitioner's motion for a protective order is **GRANTED**; and it is

**FURTHER ORDERED** that the Court ENTERS by way of reference the protective orders previously entered in the other Guantanamo detainee habeas cases, i.e., (1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)); (2) the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; (3) the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, all in In re Guantánamo Bay Detainee Cases by then-Coordinating Judge Joyce Hens Green attached, and it is

**ORDERED** that Respondents shall file a factual return regarding the petitioner within thirty days of this order.

**SO ORDERED**.

RICARDO M. URBINA<br>
United States District Judge