**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                        :
**MOHAMMED AHMED TAHER, et al.,** :
                                        :
          **Petitioners,**              :
                                        :
     **v.**                             :     **Civil Case No. 06-1684(GK)**
                                        :
**GEORGE W. BUSH, et al.,**             :
                                        :
          **Respondents.**              :
_____        :

**ORDER**

In response to the Government's Motion to Dismiss or to Transfer, Petitioner Taher has filed a Motion for Habeas Hearing and Related Relief [Dkt. No. 9]. Upon consideration of the Motion, Opposition, Reply, and the entire record herein, it is hereby

**ORDERED** that Petitioner's Motion for Habeas Hearing [Dkt. No. 9] is **denied without prejudice**.

_____        _____
July 3, 2007                            /s/
                                        Gladys Kessler
                                        U.S. District Judge

**Copies to:  Attorneys of record via ECF**