IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AHMED TAHER,<br><br>            Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>            Respondents. | Civil Action No. 06-CV-1684 (GK) |

**SUPPLEMENTAL NOTICE OF RECENT ACTIVITY IN GUANTÁNAMO CASES**

      Petitioner respectfully submits this supplemental notice of recent activity in various Guantánamo detainee cases in further opposition to Respondents' motion to dismiss. On June 29, 2007, the Supreme Court granted the petitions for *certiorari* in *Boumediene v. Bush*, S. Ct. No. 06-1195, and *Al Odah v. United States*, S. Ct. No. 06-1196, having reconsidered and then vacated its orders of April 2, 2007, denying those petitions. Accordingly, this Court should deny Respondents' motion to dismiss this case, since that motion was based on the Court of Appeals decisions that the Supreme Court has now decided to review. *See also*, *e.g.*, Minute Order, *Ameziane v. Bush*, No. 05-CV-392 (ESH) (D.D.C. July 5, 2007) (denying Respondents' motion to dismiss without prejudice); Minute Order, *Ahmed "Doe" v. Bush*, No. 05-CV-1458 (ESH) (D.D.C. July 5, 2007) (same).

      Alternatively, this Court should grant Petitioner's stay-and-abey motion. *See also*, *e.g.*, Minute Order, *Said v. Bush*, No. 05-CV-2384 (RWR) (D.D.C. July 2, 2007) (continuing stay in lieu of dismissing case); *Yaakoobi v. Bush*, No. 06-CV-1683 (RWR) (D.D.C. July 2, 2007) (same).

Dated:   New York, New York
         July 10, 2007

        Respectfully submitted,

        Counsel for Petitioner:

        /s/ J. Wells Dixon
        J. Wells Dixon (Pursuant to LCvR 83.2(g))
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway, 7th Floor
        New York, New York 10012
        Tel:  (212) 614-6464
        Fax:  (212) 614-6499