**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                            :

**MOHAMMED AHMED TAHER, et al.,**  :

                            :

       **Petitioners,**     :

                            :

      **v.**               :       **Civil Case No. 06-1684(GK)**

                            :

**GEORGE W. BUSH, et al.,**    :

                            :

       **Respondents.**    :

_____:

**ORDER**

This matter is before the Court on Respondents' Motion to Dismiss Petition for Want of Jurisdiction or, in the Alternative, to Transfer Petition to the United States Court of Appeals for the District of Columbia Circuit [Dkt. No. 5].

On June 29, 2007, the Supreme Court granted certiorari to review the merits of our Court of Appeals' decision in Boumediene v. Bush, 476 F.3d 981 (D.C. Cir. 2007). Accordingly, it is hereby

**ORDERED** that Respondents' Motion to Dismiss Petition for Want of Jurisdiction or, in the Alternative, to Transfer Petition to the United States Court of Appeals for the District of Columbia Circuit [Dkt. No. 5] is **denied without prejudice** until the Supreme Court has ruled definitively on the issue of this District Court's jurisdiction.

                                      /s/_____

September 13, 2007           Gladys Kessler
                                     United States District Judge

**Copies to: Attorneys of Record via ECF**