IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
:
MOHAMMED AHMED TAHER,                                    :
:
                  Petitioner,    :
:
              v.                               :  No. 06-CV-1684 (GK)
:
GEORGE W. BUSH, *et al.*,                                :
:
                  Respondents.   :
:
---------------------------------------------------------x

**NOTICE OF APPEARANCE AND CERTIFICATION
OF REPRESENTATION WITHOUT COMPENSATION**

Please enter my appearance on behalf of petitioners in the above-captioned case. I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing these petitioners without compensation.

Dated:    New York, New York
            October 4, 2007

                        Respectfully submitted,

                        Counsel for Petitioners:

                        /s/ Pardiss Kebriaei
                        Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
                        CENTER FOR CONSTITUTIONAL RIGHTS
                        666 Broadway, 7th Floor
                        New York, New York 10012
                        Tel:  (212) 614-6452
                        Fax: (212) 614-6499