# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

| | | |
|---|---|---|
| Taher v. Bush | ) | Civil Action No. 06-cv-01684 (GK) |
| Khan v. Bush | ) | Civil Action No. 06-cv-01690 (RBW) |
| Celikgogus v. Bush | ) | Civil Action No. 06-01996 (HHK) |

---

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter a withdrawal of appearance in the above-captioned matters for William H. Goodman, who is no longer employed by the Center for Constitutional Rights. (Shayana Kadidal of the Center for Constitutional Rights, who has already entered an appearance, will continue to represent the petitioners in the above-captioned matters.)


_____/s/_____

William H. Goodman
Goodman & Hurwitz, P.C.
1394 E. Jefferson Ave.
Detroit, MI 48207
(313) 567-6170

Shayana Kadidal (D.C. Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012-2317
Ph: (212) 614-6438
Fax: (212) 614-6499

**Certificate of Service**

I, William H. Goodman, certify that on this date, I caused the foregoing Notice of Withdrawal of Appearance to be filed electronically on the Court's ECF system. Parties may access this filing through the Court's CM/ECF System.


Dated: November 20, 2007


                                             /s/
                                     William H. Goodman
                                     Goodman & Hurwitz, P.C.
                                       1394 E. Jefferson Ave.
                                       Detroit, MI 48207
                                       (313) 567-6170