UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    :
**MOHAMMED AHMED TAHER, et al.,**   :
                                    :
      **Petitioners,**       :
                                    :
    v.                            :    Civil Case No. 06-1684(GK)
                                    :
**GEORGE W. BUSH, et al.,**         :
                                    :
      **Respondents.**       :
_____:

### ORDER

This matter is before the Court on Respondents' Motion to Dismiss Petition [Dkt. No. 18].

On June 29, 2007, the Supreme Court granted certiorari to review the merits of our Court of Appeals' decision in Boumediene v. Bush, 476 F.3d 981 (D.C. Cir. 2007). The Court heard oral argument on December 5, 2007, and a decision on the case is pending. Accordingly, it is hereby

**ORDERED** that Respondents' Motion to Dismiss Petition [Dkt. No. 18] is **denied without prejudice** until the Supreme Court has ruled definitively on the issue of this District Court's jurisdiction.

March 21, 2008
          /s/
          Gladys Kessler
          United States District Judge

**Copies to:  Attorneys of Record via ECF**