IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMED AHMED TAHER | ) | |
| *Petitioner,* | ) ) ) | |
| v. | ) ) | No. 06 CV 1684 (GK) |
| GEORGE W. BUSH, *et al.,* | ) ) ) | |
| *Respondents.* | ) ) ) | |

**NOTICE OF FILING OF MOTION TO LIFT STAY AND SCHEDULE AN IMMEDIATE STATUS CONFERENCE**

Petitioner Mohammed Ahmed Taher ("Petitioner"), by and through his undersigned counsel, hereby gives notice that on June 13, 2008, a copy of Petitioner's Motion to Lift Stay and Schedule an Immediate Status Conference was submitted under seal to the Court Security Office for filing and classification review for public filing.

The Motion will be filed via the Electronic Case Filing system when it has been cleared for public filing by the Court Security Office.

Dated:   New York, New York
         June 13, 2008

Respectfully submitted,

Counsel for Petitioner:

 /s/ Pardiss Kebriaei
Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
J. Wells Dixon (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6452
Fax: (212) 614-6499