IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **MOHAMMED AHMED TAHER** | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | No. 06 CV 1684 (GK) |
| | ) | |
| **GEORGE W. BUSH**, *et al.*, | ) | |
| | ) | |
| *Respondents.* | ) | |
| | ) | |

## MOTION TO LIFT STAY AND SCHEDULE AN IMMEDIATE STATUS CONFERENCE

Petitioner Mohammed Ahmed Taher ("Petitioner"), by and through his undersigned counsel, respectfully moves this Court for an order lifting the existing stay in his case and scheduling a status conference at the earliest possible date to resolve pending motions and calendar the matter for expedited determination on the merits.

Petitioner filed a Petition for Writ of Habeas Corpus in this Court on September 29, 2006, which has been stayed for almost two years pending the disposition of *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007), *cert. granted*, 127 S. Ct. 3078 (U.S. June 29, 2007). On June 12, 2008, the U.S. Supreme Court decided *Boumediene*, striking down section 7 of the Military Commissions Act of 2006, 28 U.S.C. § 2241(e), which purported to deprive this Court of jurisdiction over Petitioner's habeas corpus petition. *Boumediene v. Bush*, 533 U.S. __ (June 12, 2008). Since the basis for the stay in this matter no longer exists, it should be vacated without delay.

Petitioner also requests that the Court schedule a status conference at the earliest possible date to resolve a pending motion for entry of a protective order and set a timetable for prompt disposition of his claims.[1] As the majority in *Boumediene* observed, "[t]he detainees in these cases are entitled to a *prompt* habeas corpus hearing." *Id.*, slip. op. (majority) at 66 (emphasis added). The need for relief is urgent in Petitioner's case. Petitioner is now in his seventh year of imprisonment at Guantánamo and living in conditions of almost complete isolation in Camp 5. He has been afforded no judicial review of the lawfulness of his detention and has been awaiting a hearing on his habeas corpus petition since it was filed almost two ago.[2] As Justice Kennedy underlined in *Boumediene*, "the costs of delay can no longer be borne by those who are held in custody." *Id.* Petitioner thus respectfully requests that a status conference be scheduled as soon as possible. Counsel for Petitioner are unavailable on June 19, 2008 and July 7-11, 2008, but are otherwise available at the Court's convenience.

---

[1] On December 11, 2006, Petitioner moved for entry of the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base at Guantánamo Bay, Cuba (Nov. 8, 2004); Order Addressing Designation Procedures for "Protected Information" (Nov. 10, 2004); Order Supplementing and Amending Filing Procedures Contained in Nov. 8, 2004 Amended Protective Order (Dec. 13, 2004), as first entered by Judge Green in the *In re Guantánamo Detainee Cases*, 344 F. Supp. 174 (D.D.C.). [Docket No. 8].

[2] Petitioner filed a petition for review under the Detainee Treatment Act of 2005 ("DTA"), 119 Stat. 2739, on August 15, 2007 in the U.S. Court of Appeals for the District of Columbia Circuit. His case has not yet been briefed or argued. *Boumediene* also makes clear that the review procedures under the DTA are not an adequate or effective substitute for habeas corpus.

## Conclusion

For the forgoing reasons, Petitioner respectfully requests that the Court lift the stay and schedule a prompt status conference in this matter.

Dated:   New York, New York
         June 13, 2008

                                            Respectfully submitted,

                                            Counsel for Petitioner:

                                            /s/ Pardiss Kebriaei

                                            Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
                                            J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                            CENTER FOR CONSTITUTIONAL RIGHTS
                                            666 Broadway, 7th Floor
                                            New York, New York 10012
                                            Tel: (212) 614-6452
                                            Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2008, I caused the forgoing Motion to Lift Stay and Schedule an Immediate Status Conference to be filed and served on counsel listed below by causing an original and two copies to be delivered to the Court Security Office via overnight mail.

Terry M. Henry
U.S. Department of Justice
Civil Division
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044
Tel: (202) 514-4107
Fax: (202) 616-8470

*Counsel for Respondents*

/s/ Pardiss Kebriaei
Pardiss Kebriaei

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED TAHER | ) |
| *Petitioner,* | ) |
| v. | ) No. 06 CV 1684 (GK) |
| GEORGE W. BUSH, *et al.,* | ) |
| *Respondents.* | ) |

### [PROPOSED] ORDER ON PETITIONER'S MOTION TO LIFT STAY AND SCHEDULE AN IMMEDIATE STATUS CONFERENCE

Petitioner's Motion to Lift Stay and Schedule an Immediate Status Conference is hereby GRANTED.

The stay entered by order of September 13, 2007 is vacated. The Court will conduct a status conference at _____ .m. on June ____, 2008.

SO ORDERED, this ____ day of _____, 2008

_____/s/_____
Gladys Kessler
United States District Judge