IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMED AHMED TAHER | ) ) ) | |
| *Petitioner,* | ) ) | |
| v. | ) ) | No. 06-CV-1684 (GK) |
| GEORGE W. BUSH, *et al.,* | ) ) ) | |
| *Respondents.* | ) ) ) | |

## NOTICE OF FILING OF MOTION FOR
## ENTRY OF PROTECTIVE ORDER ON CONSENT

Petitioner Mohammed Ahmed Taher ("Petitioner"), by and through his undersigned counsel, hereby gives notice that on July 1, 2008, a copy of Petitioner's Motion for Entry of Protective Order on Consent was submitted under seal to the Court Security Office for filing and classification review for public filing.

The Motion will be filed via the Electronic Case Filing system when it has been cleared for public filing by the Court Security Office.

Dated:   New York, New York
         July 1, 2008

                                                    Respectfully submitted,

                                                    Counsel for Petitioner:

                                                    /s/ Pardiss Kebriaei
                                                    Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
                                                    J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                                    Shane Kadidal [D.C. Bar No. 454248]
                                                    CENTER FOR CONSTITUTIONAL
                                                    RIGHTS
                                                    666 Broadway, 7th Floor
                                                    New York, New York 10012
                                                    Tel:  (212) 614-6452
                                                    Fax: (212) 614-6499