IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED TAHER ) | |
| ) | |
| *Petitioner*, ) | |
| ) | No. 06-CV-1684 (GK) |
| v. ) | |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| *Respondents.* ) | |

## MOTION FOR ENTRY OF PROTECTIVE ORDER ON CONSENT

Petitioner Mohammed Ahmed Taher ("Petitioner"), by and through his undersigned counsel, and with Respondents' consent, respectfully moves this Court for entry of the protective order first entered by Judge Green in the *In re Guantánamo Detainee Cases*, 344 F. Supp. 2d 174 (D.D.C. 2004).

Petitioner first moved for entry of the protective order on December 11, 2006.[1] Respondents opposed and the matter has remained pending before this Court.

Respondents now consent to entry of the protective order and supplemental orders, *i.e.*, (1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, 344 F. Supp. 2d 174 (D.D.C. 2004); (2) the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; and (3) the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004.

---

[1] *See* Petitioner's Opposition to Motion to Dismiss or Transfer for Lack of Jurisdiction and Cross-Motion for Habeas Hearing and Related Relief [dkt. no. 8].

- 2 -

Respondents state that they reserve the right to seek modifications to the protective order and supplemental orders as appropriate, and their consent to entry of the orders is without prejudice to such right.

**WHEREFORE**, Petitioner respectfully requests that this Court enter the protective order in this case.

Dated:   New York, New York
         July 1, 2008

                                        Respectfully submitted,

                                        Counsel for Petitioner:

                                         /s/ Pardiss Kebriaei
                                        Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
                                        J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                        Shane Kadidal [D.C. Bar No. 454248]
                                        CENTER FOR CONSTITUTIONAL
                                        RIGHTS
                                        666 Broadway, 7th Floor
                                        New York, New York 10012
                                        Tel: (212) 614-6452
                                        Fax: (212) 614-6499

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2008, I caused the forgoing Motion for Entry of Protective Order on Consent to be filed and served on counsel listed below by causing an original and two copies to be delivered to the Court Security Office via overnight mail.

Terry M. Henry
U.S. Department of Justice
Civil Division
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, D.C. 20044
Tel: (202) 514-4107
Fax: (202) 616-8470

*Counsel for Respondents*

/s/ Pardiss Kebriaei
Pardiss Kebriaei

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AHMED TAHER  ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| v. ) | No. 06-CV-1684 (GK) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| *Respondents*. ) | |
| ) | |

## [PROPOSED] ORDER ON PETITIONER'S MOTION FOR ENTRY OF PROTECTIVE ORDER ON CONSENT

Petitioner's Motion for Entry of Protective Order on Consent is hereby GRANTED.

SO ORDERED, this _____ day of _____, 2008

_____/s/_____
Gladys Kessler
United States District Judge