*Approved for Public Filing by the Court Security Office*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: ) | | |
| ) | | |
| GUANTÁNAMO BAY ) | | |
| DETAINEE LITIGATION ) | Misc. No. 08-442 (TFH) | |
| ) | | |
| MOHAMMED AHMED TAHER ) | | |
| ) | | |
| Petitioner, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| GEORGE W. BUSH, et al., ) | No. 06-CV-1684 (GK) | |
| ) | | |
| Respondents. ) | | |

## PETITIONER'S STATUS REPORT

Petitioner Mohammed Ahmed Taher, by and through his undersigned counsel, respectfully submits this status report pursuant to the Court's July 11, 2008 Scheduling Order:

1. Petitioner, a citizen of Yemen, has been imprisoned at Guantánamo since 2002. He is the younger brother of Salah al-Salami, one of three Guantánamo prisoners who were found dead in their cells in June 2006. Petitioner has suffered serious psychological harm as a result of his brother's death and his own imprisonment, and his mental health is deteriorating rapidly in Camp V, where he is confined in isolation.

2. Petitioner is ready to litigate the merits of his claims. Petitioner has not received a factual return to his habeas petition, but he has received his CSRT record in connection with his DTA case, and he is prepared to begin merits briefing and argument

on the basis of that record, without need for further discovery. Counsel has sought the government's agreement to allow Petitioner to use in his habeas case the CSRT record produced in his DTA proceedings, but the government has not stated its position to date.

3. Petitioner filed a motion for production of a factual return on December 11, 2006 (dkt. no. 8), which is fully briefed and pending. Petitioner requests that the Court act on his motion and order the government to produce a factual return within 14 days so that he may proceed to the merits of his case without further delay, considering in particular his precarious state of health, or that the Court order the government to permit Petitioner to use in his habeas case the CSRT record he has at hand.

4. On June 13, 2008, Petitioner filed a motion requesting an order to lift the stay in this case and schedule a status conference to calendar the matter for expedited merits briefing and argument, which is also pending (dkt. no. 32).

5. Petitioner requests that the Court transfer this case back to Judge Kessler for a status conference and merits proceedings. Alternatively, Petitioner requests that the Court enter an order lifting the stay and setting the following schedule for merits briefing and argument:

Petitioner's Opening Brief – September 1, 2008

Respondent's Opposition Brief – September 22, 2008

Petitioner's Reply Brief – October 6, 2008

Oral Argument – October 13, 2008

Dated: New York, New York
       July 18, 2008

>Respectfully submitted,
>
>Counsel for Petitioner:
>
>/s/ Pardiss Kebriaei
>Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
>J. Wells Dixon (Pursuant to LCvR 83.2(g))
>Shayana Kadidal [D.C. Bar No. 454248]
>CENTER FOR CONSTITUTIONAL
>RIGHTS
>666 Broadway, 7th Floor
>New York, New York 10012
>Tel: (212) 614-6452
>Fax: (212) 614-6499