UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOHAMMED AHMED TAHER,** | : | |
| Petitioner, | : | |
| v. | : | Civil Action No. 06-1684 (GK) |
| **GEORGE W. BUSH,** *et al.*, | : | |
| Defendants. | : | |

**ORDER GRANTING CONSENT MOTION
FOR RECONSIDERATION AND CLARIFICATION**

For good cause shown, and absent objection by the Government, the Petitioner's Motion for Reconsideration and Clarification is hereby **granted**; and it is further

**ORDERED**, that the deadlines set forth in the Court's January 21, 2009 Order are modified as follows:

1.     The Petitioner shall submit briefing in support of his view of the appropriate "enemy combatant" definition as part of his Traverse or Motion for Summary Judgment.

2.     The Government shall narrow its case and produce related exculpatory evidence and other discovery by February 6, 2009.

3.     The Government shall produce automatic discovery pursuant to Section I.E.1 of the Case Management Orders, and exculpatory evidence pursuant to Section I.D.1 of the Case Management Orders, by February 6, 2009.

January 22, 2009

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**