**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **RAFIQ BIN BASHIR BIN JALLUL ALHAMI,** *et al.*, | : : : : | |
| Petitioners, | : : | |
| v. | : : | Civil Action No. 05-359 (GK) |
| **BARACK H. OBAMA,** *et al.*, | : : : | |
| Respondents. | : : | |
| **FARHI SAEED BIN MOHAMMED,** *et al.*, | : : : : | |
| Petitioners, | : : | |
| v. | : : | Civil Action No. 05-1347 (GK) |
| **BARACK H. OBAMA,** *et al.*, | : : : | |
| Respondents. | : : | |
| **JIHAD DHIAB,** *et al.*, | : : | |
| Petitioners, | : : | |
| v. | : : | Civil Action No. 05-1457 (GK) |
| **BARACK H. OBAMA,** *et al.*, | : : : | |
| Respondents. | : | |

| | | |
|---|---|---|
| **HAMID AL RAZAK,** *et al.*, | : | |
| Petitioners, | : | |
| v. | : | Civil Action No. 05-1601 (GK) |
| **BARACK H. OBAMA,** *et al.,* | : | |
| Respondents. | : | |
| **MOHAMMED AHMED TAHER,** | : | |
| Petitioner, | : | |
| v. | : | Civil Action No. 06-1684 (GK) |
| **BARACK H. OBAMA,** *et al.*, | : | |
| Respondents. | : | |
| **MUHAMMAD AHMAD ABDALLAH AL ANSI,** *et al.*, | : | |
| Petitioners, | : | |
| v. | : | Civil Action No. 08-1923 (GK) |
| **BARACK H. OBAMA,** *et al.*, | : | |
| Respondents. | : | |

## <u>ORDER</u>

To ensure that the Guantanamo Review Task Force operating pursuant to Executive Order 13,492 has not made any recommendations -- and the Review Panel in connection with the same has

made no decision -- that would render unnecessary or otherwise inefficient the further expenditure of judicial and party resources in this matter, it is hereby

**ORDERED**, that on or before **July 10, 2009**, for each of the above-captioned cases, Respondents shall file with the Court *ex parte* and under seal a report detailing the current status of the Guantanamo Review Task Force review process with respect to each Petitioner. The report shall inform the Court as to whether the Guantanamo Review Task Force has made any recommendations regarding the disposition of Petitioner. If a recommendation regarding the disposition of Petitioner has been made, the report shall also address whether the Review Panel has made any decisions in connection with the recommendation. If no recommendation has been made, the report shall provide an estimated timetable, based on the then-available information, for that recommendation; and it is further

**ORDERED**, that Respondents shall be under an affirmative and ongoing obligation to immediately notify the Court of any changes to Petitioner's status.

June 25, 2009                                                         /s/
                                                                      Gladys Kessler
                                                                      United States District Judge

**Copies via ECF to all counsel of record**