UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
MOHAMMAD AL-ADAHI, et al.,         :
                                   :
            Petitioners,           :
                                   :
        v.                         :    Civil Action  No. 05-280 (GK)
                                   :
BARACK H. OBAMA, et al.,           :
                                   :
            Respondents.           :
_____:
                                   :
RAFIQ BIN BASHIR BIN JALLUL        :
ALHAMI, et al.,                    :
                                   :
            Petitioners,           :
                                   :
        v.                         :    Civil Action No. 05-359 (GK)
                                   :
BARACK H. OBAMA, et al.,           :
                                   :
            Respondents.           :
_____:
                                   :
FARHI SAEED BIN MOHAMMED,          :
et al.,                            :
                                   :
            Petitioners,           :
                                   :
        v.                         :    Civil Action No. 05-1347 (GK)
                                   :
BARACK H. OBAMA, et al.,           :
                                   :
            Respondents.           :
_____:
JIHAD DHIAB, et al.,               :
                                   :
            Petitioners,           :
                                   :
        v.                         :    Civil Action No. 05-1457 (GK)
                                   :
BARACK H. OBAMA, et al.,           :
                                   :
            Respondents.           :
_____:
```

```
HAMID AL RAZAK, et al.,          :
                                 :
            Petitioners,         :
                                 :
        v.                       :    Civil Action No. 05-1601 (GK)
                                 :
BARACK H. OBAMA, et al.,         :
                                 :
            Respondents.         :
─────────────────────────────────:
                                 :
ALLA ALI BIN ALI AHMED, _____  :
et al.,                          :
                                 :
            Petitioners,         :
                                 :
        v.                       :    Civil Action No. 05-1678 (GK)
                                 :
BARACK H. OBAMA, et al.,         :
                                 :
            Respondents.         :
─────────────────────────────────:
                                 :
MOHAMMED AHMED TAHER, et al.,    :
                                 :
            Petitioners,         :
                                 :
        v.                       :    Civil Action No. 06-1684 (GK)
                                 :
BARACK H. OBAMA, et al.,         :
                                 :
            Respondents.         :
                                 :
─────────────────────────────────
                                 :
MUHAMMAD AHMAD ABDALLAH          :
AL ANSI, et al.,                 :
                                 :
            Petitioners,         :
                                 :
        v.                       :    Civil Action No. 08-1923 (GK)
                                 :
BARACK H. OBAMA, et al.,         :
                                 :
            Respondents.         :
─────────────────────────────────:
```

## ORDER

It is hereby ordered that Petitioners shall, from this date forward, file with the Court two copies of all classified submissions.

_____      _____/s/_____

August 11, 2009                Gladys Kessler
                               United States District Judge

**Copies to**:  Attorneys of Record via ECF