**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
**MOHAMMED AHMED TAHER, et al.**,   :
                                   :
   **Petitioners**,              :
                                   :
   **v.**                         :   Civil Action No. 06-1684 (GK)
                                   :
**BARACK H. OBAMA, et al.**,   :
                                   :
   **Respondents**.          :
_____:

## ORDER

A Status Conference was held in this case on September 21, 2009, which took place on the record and via telephone. Upon consideration of parties' Joint Status Report [Dkt. No. 213], representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that the Government's Opposition to Petitioner's Motion for Summary Judgment is due **November 2, 2009.** Petitioner's Reply, if any, is due **November 9, 2009;** and it is further

**ORDERED**, that a Motions Hearing on Petitioner's Motion for Summary Judgment shall be held on **November 12, 2009, at 10:15 am.** Parties shall have no more than 45 minutes each to present their arguments, with an additional brief period of reply for Petitioner, if necessary.

                                                           /s/
September 21, 2009                  Gladys Kessler
                                      United States District Judge

Copies to: Attorneys of Record via ECF