## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | ) Misc. No. 08-mc-442 (TFH)<br>)<br>) Civil Action Nos.<br>)<br>) 02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-1194,<br>) 04-cv-1254, 04-cv-1937, 04-cv-2022, 04-cv-2215,<br>) 05-cv-0023, 05-cv-0247, 05-cv-0270, 05-cv-0280,<br>) 05-cv-0329, 05-cv-0359, 05-cv-0392, 05-cv-0492,<br>) 05-cv-0520, 05-cv-0526, 05-cv-0569, 05-cv-0634,<br>) 05-cv-0748, 05-cv-0764, 05-cv-0877, 05-cv-0883,<br>) 05-cv-0889, 05-cv-0892, 05-cv-0993, 05-cv-0994,<br>) 05-cv-0999, 05-cv-1048, 05-cv-1124, 05-cv-1189,<br>) 05-cv-1220, 05-cv-1244, 05-cv-1353, 05-cv-1429,<br>) 05-cv-1457, 05-cv-1490, 05-cv-1497, 05-cv-1504,<br>) 05-cv-1555, 05-cv-1592, 05-cv-1601, 05-cv-1607,<br>) 05-cv-1623, 05-cv-1638, 05-cv-1645, 05-cv-1646,<br>) 05-cv-1971, 05-cv-1983, 05-cv-2088, 05-cv-2104,<br>05-cv-2185, 05-cv-2186, 05-cv-2199, 05-cv-2249,<br>05-cv-2349, 05-cv-2367, 05-cv-2371, 05-cv-2379,<br>05-cv-2380, 05-cv-2384, 05-cv-2385, 05-cv-2386,<br>05-cv-2387, 05-cv-2479, 06-cv-1668, 06-cv-1684,<br>06-cv-1690, 06-cv-1761, 06-cv-1765, 06-cv-1766,<br>06-cv-1767, 07-cv-1710, 07-cv-2337, 07-cv-2338,<br>08-cv-1101, 08-cv-1207, 08-cv-1224, 08-cv-1228,<br>08-cv-1233, 08-cv-1235, 08-cv-1237, 08-cv-1238,<br>08-cv-1360, 08-cv-1440, 08-cv-1789, 08-cv-1805,<br>08-cv-1828, 08-cv-1923, 08-cv-2019, 08-cv-2083,<br>09-cv-0031, 09-cv-0745, 09-cv-0873, 09-cv-0904,<br>09-cv-1332, 09-cv-1385, 09-cv-2368, 10-cv-0407 |

## **NOTICE OF COMPLIANCE**

Respondents, by and through undersigned counsel, hereby respectfully provide notice that on July 23, 2010 they completed the reprocessing of proposed public factual returns required by the Court's June 1, 2009 (08-mc-442, Dkt. No. 1781), January 14, 2010 (Dkt. No. 1896), and July 27, 2010 (Dkt. No. 1967) Orders (collectively, the "Public Returns Orders") for every case they determined to be covered by those orders.  In each such case in which a petitioner is

currently represented by counsel, Respondents served the reprocessed return on petitioner's counsel on or before July 23, 2010. Respondents are continuing to meet and confer with Petitioners' counsel regarding the Government's specific proposed designations in individual cases, and will continue to file the proposed public returns under seal with the Merits Judges, as required by the Public Returns Orders, on a rolling basis as the meet and confer sessions are completed.

Dated: July 30, 2010

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
Assistant Branch Director

 /s Lisa Zeidner Marcus

JAMES J. GILLIGAN
Assistant Branch Director

LISA ZEIDNER MARCUS
Trial Attorney
(NY Bar Registration No. 4461679)

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 205301
Phone: (202) 514-3336

Attorneys for Respondents